# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JUAN X. HIGH, | ) | 3:05-CV-241-LRH (RAM) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | February 17, 2006 |
| JAMES BACA, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Defendants' Motion to Stay Proceedings (Doc. #42) is **GRANTED**.   This case is stayed pending decision on Defendants' Motion to Revoke Plaintiff's *In Forma Pauperis* Status (Doc. #41).

   **IT IS SO ORDERED.**

                                                              LANCE S. WILSON, CLERK

                                                              By:      /s/
                                                                        Deputy Clerk