# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN X. HIGH, ) | 3:05-CV-241-LRH (RAM) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | May 1, 2006 |
| JAMES BACA, et al., ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to Compel NDOC Defendants to Provide Plaintiff with Indigent Legal Supplies (Doc. #40).  Defendants have opposed the Motion (Doc. #38).

Plaintiff's Motion to Compel NDOC Defendants to Provide Plaintiff with Indigent Legal Supplies (Doc. #40) is **DENIED** as moot.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:      /s/
         Deputy Clerk