## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JUAN X. HIGH, | ) | 3:05-CV-241-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 2, 2006 |
| | ) | |
| JAMES BACA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Defendants have filed a Motion to Clarify Court's Order (Doc.#66).  It is clear from the Order (Doc. #65) that the court only dealt with Plaintiff's extension of time to file his Reply to Defendants' Opposition to Plaintiff's Motion for Temporary Restraining Order (Doc. #28).

   Defendants' Motion to Clarify Court's Order (Doc. #66) is **DENIED** as moot.

   **IT IS SO ORDERED.**

                                                                LANCE S. WILSON, CLERK

                                                                By:      /s/
                                                                        Deputy Clerk