UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JUAN X. HIGH,

        Plaintiff,        3:05-cv-00241-LRH (RAM)

v.

                             O R D E R

JAMES BACA, et al.,

        Defendants.

Before this court is Plaintiff's Motion for Enlargement of Time to File a Motion for Reconsideration of Denial of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (#92), Defendants' opposition (#98) and Plaintiff's reply (#102). Plaintiff's motion for extension of time (#92) is GRANTED.

Also before the court is Plaintiff's Motion for Reconsideration of Order Denying Plaintiff's Motion for TRO/PI (#101) of the Court's Order of February 7, 2007 (Docket #91), and Defendants' opposition (#103). No new grounds have been raised in the Motion for Reconsideration. Good cause appearing,

///

///

1        IT IS HEREBY ORDERED that Plaintiff's Motion for
2   Reconsideration (#101) should be and hereby is denied.
3        DATED this 29th day of September, 2008.
4
5
6
7                                   _____
                                    LARRY R. HICKS
8                                   UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26                                  2