UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| JUAN X HIGH, | ) | |
| | ) | 3:05-cv-00241-LRH-RAM |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| JAMES BACA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is Plaintiff's Objections to Magistrate Findings and Clarification of Court's 3/04/07 Minute Order (#112[1]), Defendants' Motion to Strike (#114), Plaintiff's opposition (#117) and Defendants' reply (#120).

The Court has conducted its review in this case, has fully considered the Plaintiff's Objections to Magistrate Findings and Clarification of Court's 3/04/07 Minute Order (#112), and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling (#108) was neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#108) will, therefore, be sustained and Defendants' Motion to Strike (#114) is denied as moot.

IT IS SO ORDERED.

DATED this 29th day of September, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to court's docket number.